■ James L. Kopp et al., Respondents, v Bettye Emmert et al., as Administrators of the Estate of Claude L. Pyle, Deceased, Respondents, and Augustus Komoroski, Also Known as August Komoroski, Appellant. (Appeal No. 1.) [696 NYS2d 736] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Cayuga County, Corning, J.—RPAPL.) Present—Green, J. P., Lawton, Pigott, Jr., Hurlbutt and Callahan, JJ.